UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ORDER

**IT IS ORDERED** that the call docket in the following cases, previously set for September 23, 2020 at 9:30 a.m. is RESET for **Wednesday, September 23, 2020 at 9:00 a.m.** before Judge Carl J. Barbier, to be held remotely via Zoom due to the conditions caused by the outbreak of COVID-19:

| | |
|---|---|
| 19-11326 | Hutchins et al v. ANCO Insulations, Inc. et al |
| 19-12258 | Nicholas v. Pigott, et al |
| 19-13679 | Mahrous v. Progressive County Mutual Ins Co et al |
| 19-14671 | Logan v. New Orleans Police Department et al |
| 19-14676 | Hursky v. Scottsdale Insurance Company et al |
| 19-14742 | Wenrick v. James Construction |
| 19-14743 | Watson v. National Railroad Passenger Corporation et al |
| 20-244 | Lumber v. Baker, Donelson, Bearman, Caldwell & Berkowitz |
| 20-506 | Austin v. CHC Development II, LLC |
| 20-639 | Chavez v. Elite Trans Service Inc. et al |

ADDITIONAL NOTES:

1. Only attorneys and pro se plaintiffs who will be speaking at the conference shall appear via Zoom (An e-mail will be sent with the link to the video conference). All others, including the public, may listen to the proceedings by dialing 1-650-479-3207 (Access Code: 160 383 5704). Be advised that this number is "listen only."
2. Those who will be speaking at the call docket shall log onto Zoom ten minutes before the start time of the conference.
3. Those participating via Zoom shall dress and conduct themselves appropriately, as if they were physically present in the courtroom.

4.      Recording these proceedings is prohibited.

Dated at New Orleans, Louisiana, on September 16, 2020.

                                                                            _____
                                                                            CARL J. BARBIER
                                                                            UNITED STATES DISTRICT JUDGE