**MINUTE ENTRY**
**BARBIER, J.**
**SEPTEMBER 23, 2020**
**JS-10:  23 min.**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**CALL DOCKET**                                                                    **CALL DOCKET**

     The following cases were called this day to show cause why they should not be DISMISSED.  After hearing, IT IS ORDERED that the said cases be disposed of as indicated below:

**1.  C.A. 19-11326  Hutchins et al v. ANCO Insulations, Inc. et al**
Appearance by Scott Galante; ORDERED that this matter is passed for 30 days.

**2.  C.A. 19-12258  Nicholas v. Pigott, et al**
Appearance by Mark Andrews; ORDERED that this matter is passed for 45 days.

**3.  C.A. 19-13679  Mahrous v. Progressive County Mutual Insurance Company et al**
Appearance by Simone Nugent; ORDERED that this matter is passed for 30 days.

**4.  C.A. 19-14671  Logan v. New Orleans  Police Department et al**
Appearance by Gerald Hampton, Jr.; ORDERED that this matter is passed for 30 days.

**5.  C.A. 19-14676  Hursky v. Scottsdale Insurance Company et al**
Appearance by W. Michael  Hingle, III for Carl Hursky, Scott Davis for Scottsdale Insurance Company; ORDERED that the Joint Motion to Dismiss is granted.

**6. C.A. 19-14742  Wenrick v. James Construction**
No appearance by pro se plaintiff; ORDERED that this case is DISMISSED for failure to prosecute.

**7. C.A. 19-14743  Watson v. National Railroad Passenger Corporation et al**
No appearance by pro se plaintiff; ORDERED that this case is DISMISSED for failure to prosecute.

    Dated at New Orleans, Louisiana, this 22nd day of September 2020.

_____
**CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**