MINUTE ENTRY
BARBIER, J.
DECEMBER 16, 2020
JS-10:  10  min.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**CALL DOCKET**　　　　　　　　　　　　　　　　　　　　　　**CALL DOCKET**

　　　The following cases were called this day to show cause why they should not be DISMISSED.  After hearing, IT IS ORDERED that the said cases be disposed of as indicated below:

1.  C.A. 19-12258  Nicholas v. Pigott, et al
Appearance by Mark Andrews; ORDERED that this case is DISMISSED without prejudice.

2.  C.A. 19-13679  Mahrous v. Progressive County Mutual Ins Co. et al
Appearance by Lionel H. Sutton, III; ORDERED that this matter is passed for 30 days.

3.  C.A. 19-14660  Commercial Renovation Services, Inc. v. Green Apple Spray Foam Insulation, LLC et al
Appearance by Ashley L. Belleau; ORDERED that this matter is passed for 30 days.

　　　Dated at New Orleans, Louisiana, this 16th day of December 2020.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　CARL J. BARBIER
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE